**FILED**

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES CHARLES FUDGE, | No. 22-35723 |
| Plaintiff-Appellant, | D.C. No. 2:19-cv-01102-SB<br>District of Oregon,<br>Pendleton |
| v. | |
| BRET BENNETT; et al., | ORDER |
| Defendants-Appellees. | |

Before: M. SMITH, BRESS, and VANDYKE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se