UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES CHARLES FUDGE,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BRET BENNETT; et al.,<br><br>　　　　Defendants - Appellees. | No. 22-35708<br><br>D.C. No. 2:19-cv-01102-SB<br>U.S. District of Oregon, Pendleton<br><br>**MANDATE** |

　　　The judgment of this Court, entered September 23, 2022, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7