DECLARATION          2:19-cv-01102-MO
(ORCP RULE 1E)

1. I, JAMES CHARLES FUDGE, SID # 7994245 ADULT IN CUSTODY DO HERE BY

2. declare and say that on JUNE 29th, of YEAR 2022, ODOC (OPM) GREG

3. JONES ASSIGNED MYSELF TO THE (TRCI OF CDOC) AFTER IMU DISCHARGE

4. FROM (SRCI OF CDOC), TO CONTINUE A RIGOROUS STRICT SEGREGATIONAL TYPE

5. HOUSING IN VENGEANCE, FROM CASE No. 2:19-CV-0102-MO FUDGE V. BENNETT,

6. ON APRIL 26th, 2023 ODOC DEFENDANTS ENTERED SETTLEMENT AGREE-

7. MENT CONDITIONS TO TRANSFER DECLARANT FUDGE WITHIN SIXTY (60)

8. DAYS, HOWEVER UPON THE AGREED SETTLEMENT CONTRACT TIME LINE

9. OF SIXTY (60) DAYS CLEAR CONDUCT (OPM) GREG JONES EXTENDED THE

10. TIME LINE TO ONE HUNDRED AND EIGHTY (180) DAYS OR SIX MONTHS

11. CLEAR CONDUCT FOR TRANSFER CONSIDERATION, WITH ALL OF FUDGE'S

12. PROPERTY.

13. ON MAY 3rd, 2023, I WAS LAST MAN TO BE SERVED DINNER AT THE FARTHEST

14. FOOD CART IN CORRIDOR THREE, AS I PLACED MY TRAY OVER THE SPAGHETTI

15. SAUCE, THE AIC SERVER/WORKER ISSUED ME AN HALF PORTION OR UNEVEN LESS

16. AMOUNT OF MEAT SAUCE (NOT A EVENLY LEVEL LADLE FULL) I HAVE WORKED

17. IN THE KITCHEN AND UNDERSTAND THE RULES REGARDING PROPER EVEN

18. PORTIONS OR SERVING OPPOSITE OF "SHAKING THE SPOON", LESS SERVING.

19. I ASKED OFFICER D. STEWART TO ASSIST ME GETTING A EVEN / LEVEL OF

20. SPAGHETTI MEAT SAUCE, TO BE ADVISED YOU GOT SOME, YOUR NOT GETTING

21. ANY MORE, I REPLIED SOME IS NOT AN EVEN PORTION OR SERVING NOR

22. PROPER AMOUNT, PER THE RULES

23. THATS WHEN C/o. D. STEWART BECAME IRATE WITH ME, YELLING GET AWAY FROM

24. THE FOOD CART. I DECIDED TO PLACE THE FOOD TRAY ON TOP OF THE FOOD CART AND

DECLARATION
(ORCP RULE 1E)

25. WALK AWAY ENROUTE TO MY ASSIGNED UNIT AND CELL TO DEESCALATE THE

26. INCIDENT ONLY TO HAVE SECURITY SERGEANT A. CAMPOS OBSERVING THE

27. MATTER FROM THE WALL AHEAD OF ME, ENGAGE ME IN MOCKERY STATING

28. "DONT STOP, JUST KEEP WALKING," AS I APPROACH TO PASS HIM WITH

29. SERGEANT L. MOORE, I RESPONDED BY SAYING "DONT HATE, JUST WATCH

30. ME WALK," AND KEPT WALKING AS DIRECTED. HOWEVER,

31. SECURITY SERGEANT L. MOORE, LOUDLY ANNOUNCED TO THE HALLWAY, "GIVE ME

32. YOUR I.D," GIVE ME YOUR I.D.., "GIVE ME YOUR I.D. THIS WAS NOT

33. IMMEDIATELY ADDRESSED TO ME, ALL ADULT-IN-CUSTODY HAVE IDENTITY

34. CARDS AS WELL STAFF, THERE WAS TWENTY-FIVE (25) OR MORE AIC's IN

35. CORRIDOR THREE HALLWAY AT THE TIME, MY NAME WAS NOT CALLED NOR

36. AIC OR EVEN "INMATE", I CONTINUED TO WALK WITH SGT. A. CAMPOS, L.

37. MOORE AND C/O. K. MILLER IN SLOW PURSUIT OF ME, ONCE FARTHER

38. DOWN THE CORRIDOR I CONTINUED TO HEAR "GIVE ME YOUR I.D. FROM

39. BEHIND ME SO I REMOVED THE I.D. CARD AND PLACED IT ON THE FLOOR

40. CONTINUING TO WALK UNTIL SGT. L. MOORE DIRECT ME TO STOP AND FACE

41. THE WALL, SUBMITT TO BE RESTRAINED

42. ONCE WRIST RESTRAINTS WAS SECURED AND LOCKED SGT. A. CAMPOS OR

43. K. MILLER ADMINISTERED THREE (3) CLOSED FIST BLOWS TO MY LOWER

44. TORSO AND RIBS AREA CAUSING INSTANT PAIN, I ASKED SGT. A. CAMPOS

45. WHETHER HE FELT LIKE A PROUD MAN TO BE PUNCHING A RESTRAINED

46. COMPLIANT INMATE, TO BE ADVISED "YOU HAD YOUR CHANCE, NOW ITS MY

47. TURN," IN TRIPLE RESTRAINED ESCORT TOWARDS DSU OF TRCI, OF ODOC.

48. Sgt. A. CAMPOS AND Sgt L. MOORE STEERED MY PATH UPON A CUP ON THE

49. FLOOR TO TRIP OR/and STUMBLE ON DURING ESCORT. I KICKED THE CUP

50. OUT OF MY PATH, THE ESCORTING OFFICERS USED MY CUFFED RESTRAINED

51. ARMS TO SLAMH ME INTO THE STEEL DOOR FRAME OF THE WALL, ADDING

DECLARATION
(ORCP RULE 1E)

52. TWO OR THREE MORE CLOSED FIST BLOWS TO MY REAR LOWER KIDNEY AREA AT

53. THIS POINT DIRECTING ME TO GO DOWN TO MY KNEES AFTER FIST BLOWS / IN

54. THE KNEELING POSITION FACING THE WALL / DOOR SGT A. CAMPOS DELIVERED

55. THREE (3) KNEE STRIKES WITH THE THIRD ONE REMAINING EMBEDDED IN MY

56. BACK AS I KNELT. TWO (DSO) OFFICER TOOK OVER THE ESCORT TO SEGRE-

57. GATION. I WAS CHARGED WITH EXAGGERATED MISCONDUCT ALLEGING STAFF

58. ASSAULT - 2; UNAUTHERIZED AREA - 1; DISRESPECT - 1; Disobedience - 1

59. AFTER HEARINGS. I WAS ONLY FOUND IN VIOLATION OF DISOBEDIENCE - 3;

60. AS WELL DISRESPECT - 3; (MINOR VIOLATIONS) THE STAFF ASSAULT - 2; AS

61. WELL UNAUTHORIZED Area - 1 Were DISMISSED However MY Transfer

62. with all of My PROPERTY, Was DENIED AND DESTROYED PARTLY. AS

63. WELL DELAY FOR ANOTHER HUNDRED AN TWENTY (120') DAYS FOUR MONTHS,

64. ON MAY 27ᵗʰ, 2023 C/O TRACY AND C/O BUSH PLOTTED TO PLANT A DOC

65. DESPOSABLE RAZOR BLADE IN MY ASSIGNED AREA OF THE CELL, I HAVE

66. EXCESSIVE LEGAL PAPER PROPERTY BOOKS, BRIEFS, TRANSCRIPTS, ABSTRACT

67. VOLUMES OF DOCUMENTATION BOTH CIVIL AND CRIMINAL CONFIDENTIAL IN

68. NATURE, ODOC PROVIDES A STATE CREATED LIBERTY OF IN PRESENCE SEARCH

69. EXAMINATION / OR AND INSPECTION {OAR 291-131-0030 (2) C/O B. TRACY

70. AND C/O BUSH MAIN CONCERNS WERE DIRECTING ME NOT TO WATCH MY

71. LEGAL PROPERTY BEING EXAMINED, INSPECTED, OPENED SEARCHED IN MY

72. PRESENCE. TO WAIVE MY STATE CREATED PROTECTED LIBERTY, WHERE MY

73. LEGAL PROPERTY CONTINUES TO BE TARGETED AND CONFISCATED AND HOTT

74. TRASHED HERE AT TRCI OF ODOC. I DID NOT INTERFERE WITH STAFF SEARCH,

75. INSTEAD I SAT DOWN AT A LOCATION TEN FEET OR MORE AWAY FROM THE CELL,

76. I AM MORBID OBESS. WITH CHRONIC ARTHRITIS AND EMPHYSEMA, HYPER TENSION,

DECLARATION
( OR CP RULE 1E)

77. I AM NOT ABLE TO QUICKLY GET UP, STAND OR MOVE FROM A SEATED/LYING

78. POSITION. C/O B. TRACY YELLED AT ME STATING THAT I COULD NOT WATCH

79. THE CELL SEARCH / INSPECTION FROM THE CONTROL BOOTH, A SGT TOLD ME

80. THAT, "C/O B TRACEY CAN RUN HIS UNIT HOW HE WANTS TO,"

81. C/O BUSH EXIT CELL 7:14 AND STOOD AT THE DOOR YELLING "MOVE" AWAY

82. I WANTED TO SHOW C/O BUSH LEGAL MATERIAL POLICY PROVIDES IN AIC's

83. PRESENCE A PROTECTED LIBERTY INTEREST RELATED TO MY CONDUCT, I

84. WAS ESCORTED TO (DSU) SEGREGATION CHARGED WITH RULE VIOLATION(s)

85. DISRESPECT - 1 ; DISOBEDIENCE - 1 ; DISTRIBUTION - 2 ; UNAUTHORIZED

86. AREA - 1 ; I WAS NOT SANCTIONED FOR PROPERTY - 1 ;

87. I ASKED MY PRO BONO ATTORNEY MR. JUAN C. CHAVEZ TO FILE A MOTION

88. CONCERNING THE ODOC's BREACH OF SETTLEMENT AGREEMENT CONTRACT

89. IN THE MONTH OF SEPTEMBER 2023, TO NO AVAIL.

90. IF I COULD LEAVE TRCI OF ODOC FOR A CLEAN SLATE AND START NEW

91. I WOULD ENROLL IN PROGRAMS THAT MAY ENRICHEN MY LIFE AND THE

92. COMMUNITY, EARN A GOOD JOB, RE-START MY RELIGIOUS JOURNEY. I

93. DON'T WANT PROBLEMS AND TROUBLE HERE AT ODOC. MR. GREG JONES

94. KNOWS CORRUPT CIRCLES OF OFFICIALS TO HAVE ME BADDLY INJURED

95. AND POSSIBLY MYSTERIOUSLY MURDERED THUS I FILED TRO AND PRELIMIN

96. ARY INJUNCTION FOR THIS COURT NOT TO ALLOW ODOC (OPH) GREG

97. JONES TO MOVE ME FROM (OSP) OF ODOC, HOWEVER THE SETTLEMENT

98. CONTRACT HAS NOT BEEN FULLY HONORED AND THIS DECLARATION IS IN

99. SUPPORT OF A MOTION TO REINSTATE JURISDICTION AN ISSUE A ORDER

100. TO COMPEL ODOC DEFENDANTS TO TRANSFER ME WITH ALL OF MY PROPERTY

101. TO OSCI OF ODOC WITHIN FOURTEEN (14) DAYS TO AVOID GUARDS FROM

102. EXAGGERATING NEW MISCONDUCT VIOLATION(s) TO PLEASE MR. JONES,

103. I AM NOT ABLED TO BETTER MYSELF HERE AT TRCI OF ODOC ;

104. I HEREBY DECLARE THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE

105. BEST OF MY KNOWLEDG AND BELIEFS, SUBJECT TO PENALTY FOR PERJURY

106. EXECUTED THIS 27TH DAY OF NOVEMBER 2023.

*James Charles Fudge* 7994245
JAMES CHARLES FUDGE, #7994245

# DECLARATION
## (ORCP RULE E1)

I Kaleb Boyle Do Hereby Declare That Having Direct Personal Involvment and observation say that:

1. on Saturday May 27th, 2023 at trcI of ODoc at 16:00 Am inside unit 7 cell 14 I was assigned to Alpha Bunk As An "AIC"

2. cellmated with (AIC Fudge James (# 7994245) Assigned to unit 7 Bravo Bunk AS AIC

3. when C/O J. Bush "Announced Shakedown" on the Above Date and time mentioned I Stood At the table that (AIC Fudge) was sitting Down At in the front of cell 14

4. At which point C/O Bush Began her search Focused only with Bravo side of stuff Bravo Shelf, Bunk, etc

5. when I told Fudge that if C/O was searchin Due to me Being high Alert Security Risk then She Should only Be searchin Alpha side of cell 7:14

6. C/O Bush heard what I said, and Immediatly stated "No thats not correct" in which point AIC Fudge never said A word He Just sat and watched until

7. C/O tracey called Fudge up to the Control Point - Fudge returned to his seat At the table."

8. I Have lived in cell 14 with AIC Fudge and I observed that fudge Doesnt use loud Provane and Rude words even when upset!!

9. on the Date of C/O J. Bush shakedown Fudge never used the term[sic] "This My Shit" nor "Fuck", AIC Fudge has refrained from saying the Nigger word thats how much Devotion

# DECLARATION
## (ORCP RULE 1E)

I Declare that the Above and Foregoing is true And Correct to the Best of my Knowledge, understanding and Beilief and that it is Accurate to my recoilection of Saturday May 27, 2023 executed on 7/3/23  July 3rd 2023 Pursant to 28.USC 1746 under Penalty of PerJury

X Kaleb Boyle #18676225

X Kaleb Boyle #18676225

Two Rivers Correctional Instit
OF ODOC

82911 BEACH ACCESS Rd

UMATILLA, ORE 97882

DECLARATION
(ORCP RULE 1E)

1. I, Andre Miller SID# 23348946 do hereby
2. declare that I am based at Two Rivers
3. Corr Institution -TRCI of ODOC at 82911
4. Beach Access Rd, Umatilla, OR 97882. I'm
5. placed on corridor two living on unit #7 I
6. have direct personal knowledge, & visual
7. observation that I seen both AIC's K. Boyle
8. #18676225 & AIC Fodge #7794745, exit their
9. cell #7-14 to allow C/O Bush to conduct a cell search.
10. AIC Fodge #7794245 took a seat at the day-
11. room dinning table infront of his cell to
12. maintain visual contact of his property. C/O
13. Bush told AIC Fodge to Relocate to another
14. location so she could continue the cell search
15. at the same time AIC Fodge Remained seated
16. at the same table outside of his cell then
17. requested that a supervisor be called to
18. the unit #7. C/O Tracy came out of the bubble
19. to ask AIC Fodge to move & asked again for
20. a supervisor to be called to the unit C/O turned
21. around to walk back to the bubble to contact
22. a supervisor at that time AIC Fodge stand
23. up & walked into his cell 7-14B while C/O
24. Bush was standing in the door way. I have seen
25. AIC Fodge #7794245 on multiple occassions ext
26. his cell with his Electric Trimmers & use the
27. utility mirrors to cut his own head & facial
Hairs

DECLARATION
( ORCP RULE 1E)

28. During our incarceration & being in AIC
29. Fodge #7994245 presence I've notice & observed
30. that AIC Fodge doesn't use vulgar, profanity
31. when he speaks. He also doesn't engage
32. in a lot of group-Activities of sports, board
33. games, chess/ checkers nor card games. AIC
34. Fodge #7994245 doesn't exit his cell for yard/
35. dayroom on the daily. AIC Fodge mostly stays
36. to himself in my opinion AIC Fodge is a
37. very quiet individual until he has the opportunity
38. to utter language/speech. AIC Fodge stays
39. at distance away from them of Reckless
40. vocabularies officers endorsed. I here by
41. declare that above & for going statement is
42. true & accurate to the best of my knowledge
43. & belief & I understand it is made for use
44. as evidence in court of law, subject to penalty
45. for perjury excited this october 28 day of
46. 2023.

47.
48. _Andre Miller_
49. _Andre Miller_
50. _SID# 23348946_
51. _10-28-2023_
52.
53.
54.
55.

DECLARATION - Page 2 of 2

DECLARATION
( ORCP RULE (E)

28. Futher for my entire length of Knowing

29. AIC Fudge #7994245 I've noticed that

30. AIC Fudge do Not use Profanity when he

31. Speaks. He doesn't engage in alot of group

32. activities. In fact AIC Fudge do not come

33. to yard or Dayroom daily. He Stays in his

34. Cell alot and keep to his self. In my opinion

35. AIC Fudge is a Very Introverted Individual.

36. As a young Black male Mr Fudge is obviously

37. My elder and I have learned alot from AIC Fudge.

38. My Peers and I tend to say the word "Nigga"

39. alot. AIC Fudge always try to Persuade young

40. Men like me to refrain from using the word

41. "Nigga" or any Profanity. He usially do not like

42. to be around anyone or conversate with anyone

43. who cuss alot or uses Vulgar language.

44. I hearby Declare that the above Statement is

45. True and accurate to the best of my knowledge. I understand

46. My Statement is made for use as evidence in court

47. of law, Subject to Penalty for Perjury executed this

48. October Day of the 27th 2023 Humbly Submitted

49. Treyvon Harrison  10/27/2023

50. Treyvon Harrison #23532393  10/27/2023

DECLARATION
(ORCP RULE 1E)

1. I Treyvon Harrison #23552393 Do hearby declare that
2. I was housed at Two Rivers correctional Institution
3. in ODOC. Housed at cell 18B On unit 7. on the
4. date May 27th, 2023 when ATC Bogle #1867225
5. and ATC Fudge #7994245 cell was being searched
6. I had Just came from the outside rec area. When
7. I entered back on the unit. I noticed ATC
8. Fudge #7994245 Take a seat in the dayroom at
9. A table in front of his cell 7-14. I know that ATC
10. Fudge #7994245 has alot of Property and has had
11. a few Iteams missing in the Past. So He likes to
12. Keep eyes on his Property When anyone is around
13. his Personal belongings. I Seen C/o Bush tell ATC
14. Fudge #7994245 to Move out of "View of the cell Door"
15. Fudge #7994245 remained seated "C/o Bush then radioed
16. for C/o Tracey to come assist her. C/o Tracy then
17. left the unit 7 control booth to come tell ATC
18. Fudge #7994245 to Sit at a different table ATC
19. Fudge # 7994245 for a Supervisor be called. At
20. this time ATC Fudge #7994245 remained seated
21. at the Same table in the same seat. I Never
22. heared ATC Fudge #7994245 cuss at C/o Bush or
23. C/o Tracy. C/o Tracey walked back to the control
24. booth to call for a supervisor. Then I Seen
25. ATC Fudge #7994245 Walk into his cell 7-14
26. and you could hear him Say If your done you
27. can get on out the cell Doorway. (continuation)

DECLARATION
(ORCP RULE 1 E)

28. for the entire length of my Stam housing on unit
29. I with HLC Fudge during our incarceration and
30. being in the presence of HLC Fudge I've noticed and
31. observed that HLC Fudge dont use profanity when he
32. speaks he dont engage in a lot of group activities
33. or sports, board games, chess, checkers or card games
34. HLC Fudge dont exit the cell for yard or dayroom
35. time daily HLC Fudge mostly stays to him self
36. It is my opinion and view that HLC Fudge is a
37. very quiet person until he has the opportunity to
38. speak. I have heard HLC Fudge make threats and
39. attempts to pursuade individuals to "Not" stay "high"
40. or "high" "many times. That is HLC Fudge. HLC
41. Fudge is not the type to join them, HLC Fudge
42. stays at a distance away from all the
43. individuals with reckless vocabularies
44. officers included I hereby declare that the
45. above and foregoing statement is true and
46. correct to the best of my knowledge and belief
47. and I understand it is made for use as evidence
48. in the court of law, subject to penalty for
49. perjury executed on the 27th day of October
50. 2023 Humbly Submitted

X (signature) Darnell Harris
205101915
10/24/2023

DECLARATION
(ORCP RULE 1E)

1. I, Darnell Harris, SID# 20510915 do hereby declare
2. that I was housed a Two Rivers Correctional Institute
3. of ODOC at 82911 Beach Access Rd. Umatilla, OR.
4. 97882. Assigned to unit 7 cell 5B on corridor
5. 2. On Saturday May 27th, 2023 inside Unit 7
6. at about 10:07-15 Am; having direct personal
7. knowledge and visual observation, I seen both
8. AIC's B. Bogle #18676225 and J.C. Fudge #7994245
9. exit Cell 7-14 to allow %o Bush to conduct a
10. cell search AIC Fudge took a seat at the dayroom
11. table in front of cell 7-14 maintaining visual con-
12. tact of his property then both %o Tracy and %o Bush
13. began yelling at AIC Fudge to move "out of view of
14. the cell door" to another location, at this point AIC
15. Fudge remained seated at the same table in front of
16. cell 7-14 only requesting to speak to a supervisor be
17. called. Never did I hear AIC Fudge utter or yell "shit
18. fuck, any obscene or vulgar profaned remarks in
19. reply at anytime during the entire incident, nor
20. did I see AIC Fudge run to, talt, rush, charge or crowd
21. %o Bush whom had exited the cell door (7-14) to yell "move"
22. to AIC Fudge I saw AIC Fudge stand up and walk into cell
23. 7-14. I further declare that I heard AIC Fudge tell %o Bush
24. "if your done, you can get on out". I have seen AIC Fudge exit
25. the cell with trimmers and use unit mirrors to cut his head
26. and facial hair Never have I seen AIC Fudge exit his cell
27. at state razor issuance/exchange on Saturdays. Further

29. at Sabase of worth Pews Knowledge of (An) Fudge and being

30. In close range of his presence, It is Fair to declare that (Aic) Fudge

31. works To Reframe From using Vulgar Profanity when speaking, (Aic) Fudge

32. Dont Engage in Alot of Group-Activities Nor Sports, Board games/or

33. Playing Cards, ect ect (Aic) Fudge, # 7994245 Dont Exit the Cell For

34. Yard or Day Room Time Daily, (Aic) Fudge, Mostly stays To Himself

35. It is My Observation that (Aic) Fudge is a Very Quiet Individual

36. until Given Opportunity to Utter Speech/Language, I have heard

37. (Aic) Fudge, make Efforts And Attempts to Pervent Youths To Not Say

38. or Utter "Niggah or/and Nigga," Many dates, (Aic) Fudge, strives too

39. Plant seeds on Verbal Respect, at No Time did (Aic) Fudge, 7994245

40. UTTER ANY VERBAL ORAL DISRESPECT To EITHER $^c/_o$ Bush Nor $^c/_o$ Tracy.

41. on Saturday May 27th, 2023 in unit-7 of TRCI of ODOC, (Aic) Fudge

42. TENDS To STAY AT DISTANCE AWAY FROM THOSE OF RECKLESS VOCABULARIES

43. SECURITY OFFICIALS ENCLUDED.

44. It is a calculated act of Premeditated Exaggeration to allege that

45. (Aic) Fudge# 7994245 Posed a security Threat to $^c/_o$ Bush, whom continues

46. To work 7-unit Pest on the Floor with and Among the unit (Aic) Fudge

47. is currently Assigned Housing on Several dates "After" 05-27-2023

48. UP to and Encluding today Saturday October 28th, 2023 I hereby Declare

49. that the above and Foregoing statement is true and Correct to the best of

50. my knowledge and belief, I understand it is made For Use as Evidence

51. in Court, Subject to Penalty For Perjury Executed this ____ day of

52. October 2023, Humbly Submitted

53. _____   signature x Fund Bur

DECLARATION
( ORCP RULE 1E )

1. I, (AIC) Frank Brian        Sid No# 22018966    Do hereby Declare that

2. I was Housed At (Two Rivers Corr Inst - TRCI of ODOC) at 82911 BEACH Access Rd

3. Umatilla, Oregon 97882 at all Relevant times mention Herein and After below.

4. Assigned to Unit #7 (seven) cell #7:14    on corridor-2 (two).

5. On Saturday May 27th, 2023 I was PRESENT in unit-"7 at 10:03-17 AM

6. when I Observed and witnessed to direct and Personal events Occur

7. I saw (AIC) K. Boyle #1867622S and (AIC) Fudge # 7994245 Exit CELL 7:14

8. To Allow C/o. Bush to Conduct a cell search - shake down. When Both

9. (AIC) Fudge, # 7994245 and (AIC) K. Boyle Took seats at Day Room Dinning Table

10. in front of CELL 7:14 Maintaining visual contact with their Property.

11. When Both Officer(s) C/o. Tracy and C/o. Bush Began too Yell at (AIC)

12. Fudge, #7994245 "Too Move! Out of View of the cell Door" To another

13. Location / OR "Go Outdoors ", (AIC) Fudge Remained seated Silently

14. In Front of cell 7:14, C/o. Tracy approached (AIC) Fudge, advising Too

15. Move to another Table, (AIC) Fudge, ONLy Requested that a Supervisor

16. be Called "NEVER" did (AIC) Fudge, #7994245 Yell My Shit, Fuck or any

17. Obscene, Lewd, Vulgar or Profaned Remark, Reply Nor Response at

18. Any Time during the entire Incident, Nor did (AIC) Fudge, #7994245

19. Runn Too, Trott, Rush Nor Charge or Crowd C/o. Bush, whom Yelled too

20. (AIC) Fudge To Move!, I saw (AIC) Fudge, #7994245 Stand To His Feet And

21. walk into 7:14 cell, I Heard (AIC) Fudge, #7994245 saying, If your Done-

22. You can gett up out of the Cell Door way... I Further Heard C/o. Tracy

23. Advise (AIC) Fudge, #7994245 That He can Not tell an Officer too

24. Gett-up-out of any cell doors, Further More I Have seen (AIC) Fudge

25. cutt His own Head and Facial Hairs with Personal Electronic Trimmers

26. "NEVER" have I Observed (AIC) Fudge, #7994245, Exit the cell at state

27. Shaving Razor blade Issuance -N- Exchange day on Saturdays.

DECLARATION
( ORCP RULE 1E)

28. DURING THIS INCARCERATION FOR THE ENTIRE LENGTH OF MY SHARING 7-UNIT

29. OF TRCI WITH (AIC) FUDGE, #7994245 DURING OUR IMPRISONMENT AND BEING

30. IN (AIC) FUDGE'S PRESENCE. I'VE NOTICED AND OBSERVED THAT (AIC) FUDGE DON'T

31. USE VULGAR, PROFANITY WHEN HE SPEAKS - HE DON'T ENGAGE IN ALOT

32. OF GROUP ACTIVITIES SUCH AS, SPORTS, BOARD GAMES, CHESS OR/AND CARDS

33. (AIC) FUDGE, #7994245 DON'T EXIT THE CELL FOR YARD OR DAY ROOM TIME DAILY,

34. (AIC) FUDGE, MOSTLY STAYS TO HIMSELF, IT IS MY OPINION AND OBSERVATION

35. THAT (AIC) FUDGE, #7994245 IS A VERY QUIET INDIVIDUAL UNTIL HE HAS AN

36. OPPORTUNITY TO UTTER LANGUAGE / SPEECH,

37. I HAVE HEARD (AIC) FUDGE, MAKE EFFORTS AND ATTEMPS TO PERSUADE MANY

38. YOUTHS TO "NOT" SAY OR UTTER," NIGGAH OR/AND NIGGA, ON SEVERAL DATES

39. (AIC) FUDGE, #7994245 IS NOT THE "BE THEM TYPE" NOR JOIN THEM TYPE OF MAN

40. (AIC) FUDGE, STAY A DISTANCE AWAY FROM RECKLESS VOCABULARIES, OFFICER(S)

41. ENCLUDED, (AIC) FUDGE STRIVES TO CARRY HIMSELF ON PURE SELF-RESPECT,

42. IT IS A CALCULATED ACT OF PREMEDITATED EXAGGERATION TO ALLEGE THAT

43. (AIC) FUDGE IS A SECURITY THREAT TO C/O BUSH WHOM CONTINUES TO WORK

44. 7-UNIT POST AT TRCI ON THE FLOOR WITH AND AROUND AIC FUDGE ON

45. SEVERAL DATE "AFTER", MAY 27TH, 2023 ENCLUDING TODAY SAT. OCT 28TH

46. 2023, I HEREBY DECLARE THAT THE ABOVE AND FOREGOING STATEMENTS

47. IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF,

48. AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN THE

49. COURT OF LAW, SUBJECT TO PENALTY FOR PERJURY, EXECUTED THIS 28TH,

50. DAY OF OCTOBER 2023   HUMBLY SUBMITTED

51.

52.                    SIGNATURE  X _____

53.                    PRINTED NAME: Zachary Beauchamin

54.                    SID No # 20602866

55.                    DATE: 10 / 28 / 2023

DECLARATION
(ORCP RULE 1E)

1. I, (AIC) Zachariy Beauchamp SID No. 20502866    Do hereby Declare that:

2. I was confined at (Two Rivers Corr. Institute - TRCI of ODOC) at 82911

3. BEACH ACCESS Rd UMATILLA, OREGON 97882

4. ASSIGNED TO UNIT #07 (SEVEN) CELL #7:21 BRAVO-BUNK ON CORRIDOR - II (TWO),

5. ON SATURDAY MAY 27th, 2023 INSIDE 7-UNIT AT APPROXIMATELY 10:07-16 AM

6. HAVING DIRECT PERSONAL KNOWLEDGE AND VISUAL OBSERVATION, I SAW

7. BOTH (AIC) K. BOYLE, #18676225 ALSO (AIC) J.C. FUDGE, #7994245 EXIT 7-UNIT

8. CELL #7:14, TO ALLOW C/O. BUSH TO CONDUCT A CELL SEARCH / SHAKE DOWN.

9. (AIC) FUDGE, #7994245 TOOK A SEAT AT THE DAY-ROOM DINNING TABLE IN FRONT

10. OF CELL #7:14 MAINTAINING VISUAL CONNECTIONS WITH HIS LEGAL PROPERTY

11. SUDDENLY BOTH OFFICERS C/O. TRACY AND C/O. BUSH BEGAN YELLING AT (AIC) FUDGE,

12. ADVISING TO "MOVE, OUT OF VIEW OF THE 7:14 CELL DOOR SIGHT-OF-PASSAGE OR

13. VIEW TO ANOTHER LOCATION OR/GO OUTDOORS, (AIC) FUDGE REMAIN SEATED AT

14. THE SAME SEAT OF THE DINNING TABLE IN FRONT OF 7:14 CELL, REMAINING SILENT

15. UNTIL C/O. TRACY APPROACHED (AIC) FUDGE, I HEARD FUDGE REQUEST FOR A SUPERVISOR

16. "NEVER" DID (AIC) FUDGE, #7994245, UTTER, YELL, "SHIT, FUCK, ASS OR ANY OBSCENE,

17. LEWD, VULGAR OR PROFANED REMARK, REPLY AND RESPONSE AT ANY TIME DURING

18. THE ENTIRE INCIDENT, NOR DID (AIC) FUDGE, #7994245 RUNN TO, TROTT, RUSH NOR

19. CHARGE OR CROWD UPON C/O. BUSH WHOM HADD STOOD AT DOOR FRAME OF 7:14 CELL.

20. I SAW (AIC) FUDGE, STAND-UP AND SLOWLY WALK INTO 7:14 CELL, I ALSO HEARD

21. (AIC) FUDGE, #7994245 TELL C/O. BUSH, "IF YOUR DONE, YOU CAN GETT-ON-UP AWAY

22. FROM THE DOOR, I FURTHER DECLARE THAT I HAVE SEEN (AIC) FUDGE, EXIT THE

23. CELL WITH ELECTRIC TRIMMERS AND MIRROW TO CUTT HIS OWN HEAD AND FACIAL

24. HAIRS "NEVER", HAVE I OBSERVED (AIC) FUDGE, 7994245 EXIT THE CELL AT

25. STATE ISSUANCE RAZOR EXCHANGE CALL ON SATURDAYS, NOR HAVE I SEEN

26. (AIC) FUDGE, #7994245 SHAVING WITH A RAZOR BLADE AT ANYTIME IN UNIT-7

27. OF TRCI OF ODOC,

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This action is currently pending in U.S. District Court Case Number 2:19-cv-01102-MO ("Action"). The parties to this Action are James Charles Fudge, represented by Juan C. Chavez, and McNulty, Brooks, Beaumont, Durham, Rangel, Olive, Bennett, Johnson, Rodriguez, Cone, and Buttram, represented by Michael R. Washington ("Parties"). This action concerns a dispute between the Parties regarding the use of excessive force. The Parties have agreed to settle this Action for the consideration set forth in this Settlement Agreement and Release of Claims ("Agreement"). An IRS Form 1099 will be issued for the 2023 calendar year. The effective date of this Agreement is the date on which it is fully executed.

The terms of this Agreement are as follows:

**Settlement Payment:** As consideration for Plaintiff's Release of Claims, and on behalf of the Released Parties described below, the State of Oregon, by and through the Oregon Department of Administrative Services/Risk Management ("Risk Management"), shall pay Plaintiff the sum of Fifteen Thousand Dollars [$15,000] ("settlement payment") to the care of his counsel Juan Chavez. The settlement payment shall be made the date of entry of judgment dismissing this Action.

Additionally, as consideration for Plaintiff's Release of Claims, Defendants shall arrange for the transfer of Plaintiff to the Oregon State Correctional Institution (OSCI) in Salem, Oregon within 30 days of April 27, 2023.

Defendants will ensure that Plaintiff's legal materials will also be transferred to OSCI although those legal materials may be transferred separately due to the volume of those materials.

**Plaintiff's Release of Claims:** In consideration for the above settlement payment, Plaintiff, individually and on behalf of any heirs, executors, administrators, successors, agents, and assigns agrees to release, acquit, and forever discharge Defendants and all those in interest with them, including the State of Oregon and all of its political subdivisions, agencies, departments, administrators, officers, current and former employees, agents, attorneys, and insurers (collectively

Page 1 - SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
9909733-v1/MRW/bw4

**IT IS SO AGREED TO BY THE PARTIES:**

_James Charles Fudge_ 7944245          DATED this _25ᵗʰ_ day of May, 2023.
**JAMES CHARLES FUDGE**
Plaintiff

Subscribed and sworn to before me this _25ᵗʰ_ day of May, 2023, in the State of Oregon,

County of _UMATILLA_ .

```
OFFICIAL SEAL
NEYRA CHAVEZ-LOPEZ
NOTARY PUBLIC - OREGON
COMMISSION NO 1023438
MY COMMISSION EXPIRES APRIL 3, 2026
```

_Lopez_
Notary Public for Oregon
My commission expires: _4/3/26_

_Jaosn Brown_                          DATED this _30_ day of ~~May,~~ June 2023.
**JASON BROWN**
Oregon Department of Corrections

**APPROVED AS TO FORM:**

_[signature]_                          DATED this _16th_ day of May, 2023.
**JUAN C. CHAVEZ**, OSB #136428
Attorney for Plaintiff

_[signature]_                          DATED this _5ᵗʰ_ day of ~~May,~~ July 2023.
**MICHAEL R. WASHINGTON**, OSB #873679
Senior Assistant Attorney General
Attorney for Defendant State of Oregon

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

AIC COPY

**291-034-0020. Routine Transfers**

(1) When institution staff becomes aware an inmate's current placement may no longer meet his/her custodial or program needs or is contrary to existing policy, the inmate shall be considered for transfer to another Department of Corrections facility.

(2) Institution staff shall provide information to the Office of Population Management and Transport via the CIS using the 1206 transfer request screen. This information includes the inmate's current classification and/or WHALE, needs assessments, special case considerations, and medical status.

(a) The 1206 transfer request will be reviewed and approved or denied by the Office of Population Management.

(b) If a routine transfer needs to be completed that day and the Office of Population Management staff is unavailable, the Transfer Coordinator may approve the 1206 transfer request. The Transfer Coordinator may deny a 1206 transfer request at the time of the move if the circumstances have changed (i.e. medical restrictions, custody level change, security concerns, etc.).

(3) When transfers are necessary to meet the population management needs of the department, the Office of Population Management will make requests of institution staff to identify appropriate inmates for transfer.

(4) Transport will provide notice to both the sending and receiving facilities of inmates being transported on the following business day, except in emergency cases, or for security reasons.

(5) The sending facility shall ensure the information (e.g., classification, medical, and designators) provided to the Office of Population Management and Transport is accurate before the actual transfer.

(6) The sending facility will ensure all inmates transferred to another facility are transferred with the following: institution file, medical file (including any prescribed medicine), inmate property, and inmate ID card.

(7) If an inmate is removed from a scheduled transfer, the sending facility shall contact the Office of Population Management and Transport.

(8) The Transfer Coordinator may enter and approve 1206 transfer requests for certain moves, including but not limited to, court, law enforcement interviews, staging, and interstate transfers.

**History:**

CD 25-1991, f. & cert. ef. 12-11-91; DOC 13-2015, f. & cert. ef. 10/20/2015

**Note:**

Stat. Auth.: ORS 179.040, 423.020, 423.030 & 423.075

Stats. Implemented: ORS 137.124, 179.040, 423.020, 423.030 & 423.075

AIC COPY

**291-034-0025. Administrative Transfers**

(1) All administrative transfers will be requested through the use of the 1206 transfer request 1206 screen in the CIS. The 1206 transfer request will be reviewed and approved or denied by the Office of Population Management.

(2) When an inmate's conduct is determined to be a threat to the safety or security of the facility, the inmate may be referred for transfer using a 1206 transfer request.

(3) Transfers for medical or mental health purposes will be coordinated through the Medical Services or Behavioral Health units of both the sending and receiving facilities, and be processed through the Office of Population Management by the sending facility. Upon completion of the needed medical or mental health care, the inmate may be considered for transfer.

(4) Emergency Transfers:

(a) If the conduct or presence of an inmate is an immediate danger to the security of the facility or safety of staff, the inmate, or other inmates, and the facility does not have adequate segregation facilities to contain the behavior or provide the necessary security, an emergency transfer may be made pursuant to the following procedures:

(A) When the functional unit manager or designee determines an emergency transfer is necessary, a telephone or e-mail request shall be directed to the receiving facility, and coordinated with the Office of Population Management and the Transfer Coordinator during business hours, or notice sent to the Office of Population Management and the Transfer Coordinator after business hours;

(B) The request shall include the inmate's name, SID number, and all applicable information, including the reason for the emergency transfer.

(b) The sending facility shall notify the receiving facility of the number of inmates being transferred, including the date and time of the transfer. The transporting officer shall ensure all records and personal property are sent with the inmate. Exceptions to this include, but are not limited to the following, the inmate's personal property is unavailable at the time of transport or there is not enough available vehicle space to move the inmate's property.

(c) If the move occurs outside normal office hours, the Office of Population Management will receive an automatic notification on the next business day and may follow up with the sending facility with the reason for the transfer.

**History:**

CD 25-1991, f. & cert. ef. 12-11-91; DOC 13-2015, f. & cert. ef. 10/20/2015

**Note:**

Stat. Auth.: ORS 179.040, 423.020, 423.030 & 423.075

Stats. Implemented: ORS 137.124, 179.040, 423.020, 423.030 & 423.075

**STATE OF OREGON**                                    **INTEROFFICE MEMO**
**DEPARTMENT OF CORRECTIONS**
**Two Rivers Correctional Institution**
**82911 Beach Access Road**
**Umatilla, OR. 97882**

MAY 0 8 2023

DATE:       5/3/2023

TO:         Mr. T. Rumsey (Assistant Superintendent of Security)

FROM:       Sgt. A. Campos DPSST#55105

SUBJECT:    AIC Fudge, James #7994245 – Corridor 3 incident

On 5/3/2023 I was working my assigned post as the HSC4 (Housing Support Corporal) on 3rd shift.

At approximately 5:15 p.m. as I supervised the Corridor 3 feeding line, I heard AIC Fudge, James #7994245 raise his voice at Officer D. Stewart. AIC Fudge said, "Well keep that tray then!" He simultaneously threw his tray on top of the food cart.

At this time, I made my way towards him. He looked at me and said in a loud voice, "What the fuck are you looking at!" As he stated this, he continued walking past me. I gave him a directive, "Stop and turn around." AIC Fudge ignored my directives. Sgt. L. Moore began giving him directives to "stop" and "give me your ID."

AIC Fudge continued walking while he took his ID off his neck and threw it back towards Sgt. L. Moore. I followed AIC Fudge as Sgt. L. Moore gave him multiple directives to "stop". AIC Fudge finally stopped and turned in an aggressive manner towards Sgt. L. Moore. He said, "What the fuck you want!" Sgt. L. Moore and I gave him a directive to turn around and submit to restraints. AIC Fudge complied.

I approached and applied wrist restraints after which Sgt. L. Moore and I began escorting him to Segregation. As we initiated the escort, we passed AIC Fudges' drinking cup laying on the floor. AIC Fudge violently kicked the cup toward the food cart in the direction of a Food Service Coordinator. Sgt. L. Moore and I guided him against the wall for staff safety in a controlled method to prevent him from kicking staff due to his aggressiveness. I then made a radio transmission and requested leg restraints from Segregation.

I could see that AIC Fudge was still agitated and I gave him a directive to get on his knees, and he complied. Officer C. Thompson and Officer J. Christianson arrived and applied leg restraints. Sgt. L Moore and I then stepped away and they took over the escort to Segregation without further issue.

**STATE OF OREGON**
**DEPARTMENT OF CORRECTIONS**
**Two Rivers Correctional Institution**
**82911 Beach Access Road**
**Umatilla, OR. 97882**

**INTEROFFICE MEMO**

MAY 0 8 2023

DATE:      5/3/2023

TO:        Mr. T Rumsey, Assistant Superintendent of Security

FROM:      Officer J, Christianson DPSST# 62236

SUBJECT:   Adult in Custody (AIC) Fudge, James SID# 7994245 – Corridor 3 incident

On 5/3/2023 at approximately 5:25 p.m., I was working my assigned post as Disciplinary Segregation Unit (DSU) Officer. I heard radio traffic from Sergeant (Sgt) A. Campos requesting leg restraints to Corridor 3 from DSU. I responded to Corridor 3 from DSU and once I arrived to where AIC Fudge was located, I placed leg restraints on his legs. Once leg restraints were placed, Officer C. Thompson and myself escorted AIC Fudge to DSU.

**STATE OF OREGON**
**DEPARTMENT OF CORRECTIONS**
**Two Rivers Correctional Institution**
**82911 Beach Access Road**
**Umatilla, OR. 97882**

**INTEROFFICE MEMO**

DATE:      5/3/2023

TO:        Mr. T. Rumsey Assistant Superintendent of Security

FROM:      C. Thompson DPSST # 56110

SUBJECT:   Response to Corridor 3 – AIC James Fudge 7994245 incident

While performing my duties in Disciplinary Segregation Unit (DSU) at approximately 5:25 p.m., I responded to a call via radio from Corridor staff to bring leg restraints to Corridor three. When I and Officer Christianson arrived to the corridor, I observed AIC Fudge, James SID# 7994245 facing the wall and was already in wrist restraints. Officer Christianson then applied leg restraints. I and Officer Christianson assisted AIC Fudge to his feet and escorted him to DSU without further incident.

**STATE OF OREGON**
**DEPARTMENT OF CORRECTIONS**
**Two Rivers Correctional Institution**
**82911 Beach Access Road**
**Umatilla, OR. 97882**

**INTEROFFICE MEMO**

DATE:      May 3, 2023

TO:         Mr. T. Rumsey, Assistant Superintendent of Security

FROM:     Corporal K. Miller 53962

SUBJECT:  Corridor 3 Incident involving AIC James Fudge 7994245

On May 3, 2023, I was working my assigned post as the Housing Support Corporal 3 on third shift. At approximately 5:20 p.m. while monitoring the evening meal service for Unit 8, Adult in Custody (AIC) Fudge, James #7994245 began raising his voice at Officer D. Stewart. Officer Stewart directed AIC Fudge to leave the serving line.  AIC Fudge stated, "You know what, you can have it." then dropped his meal tray on top of the food line before walking away toward his assigned housing unit. Sergeant A. Campos gave AIC Fudge a directive to return to his housing unit. AIC Fudge turned and stated, "YOU keep walking!" in an aggressive tone and continued down the corridor toward Unit 8. Sergeant L. Moore, Sergeant Campos, and I began walking toward AIC Fudge while both Sergeants gave AIC Fudge multiple directives to stop walking and give his state identification card to them. AIC Fudge ignored all staff directives. After multiple directives, AIC Fudge stopped and turned sideways, looking toward staff aggressively. He was given a directive to submit to restraints and complied but dropped his cup and fork on the ground. Sergeant Moore kicked them out of the way before helping Sergeant Campos escort AIC Fudge to the Disciplinary Segregation Unit. While in route to DSU, AIC Fudge kicked his cup and fork across the corridor with his left foot. Sergeant Moore and Sergeant Campos directed AIC Fudge to the wall, while giving directives to face forward and remain quiet. I stood directly behind them in the event I needed to assist. Sergeant Campos directed AIC Fudge to get down on his knees and called DSU staff to bring leg restraints to Corridor 3. While waiting, AIC Fudge made many comments to Sergeant Campos, such as, "You're tough once I'm in cuffs." DSU staff placed the leg restraints and escorted AIC Fudge to DSU without further incident.

Page: 1 of 3 (3 page limit)    Grievance # TRCI-2023-10-091

Official Use Only          Resubmit

# GRIEVANCE FORM

Name: FUDGE   JAMES          C          7994245        #09/07/BRAVO
Last          First          Initial          SID#          Cell/Block/Bunk#

Whom are you grieving: GREG JONES; c/o J. BREYMAN; J.BROWN; T.HANCOCK; R.Mc DONOUGH; JANE/JOHN DOE(s)

Please provide the date/time of incident giving rise to grievance: SEVERAL DATES 3 CONTINUING 2023/24-7

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

WHO: G. JONES; J.BREYMAN; J.BROWN; T.HANCOCK; R.Mc DONOUGH; JANE-JOHN DOE(s) c/o OF ODOC

WHAT: BREACH OF AGREED DECREE/SETTLEMENT CONTRACT {SEE ATTACHED PAGE 4 OF 3

WHERE: OREGON DEPARTMENT OF CORRECTIONS OFFICE OF POPULATION MANAGEMENT/RISK MGMNT

WHEN: SEVERAL DATES AND CONTINUATION NOT LIMITED TO BUT EXCLUDING 10/19/2023.

WHY: FOR MALICIOUS AND SADISTICAL HARMS BY CRUEL AND UNUSUAL PUNISHMENT 8th AMEND

ON WED. APRIL 26th, 2023 THE NAMED ABOVE PRISON STAFF ENTERED INTO A FEDERAL COURT SETTLEMENT

AGREEMENT CONTRACT/DECREE; WHICH THREE (3) RELEVANT TERMS {SEE ATTACHED Pg. 4 OF 3

I, JAMES C. FUDGE, 7994245 HUMBLY SUBMITT AS GRIEVED PARTY TO THE MATERIAL BREACH OF TERM

(a) Defendant's shall transfer Fudge to the Oregon State Corr Inst (OSCI) in Salem,

Oregon within thirty [30] days; TERM (b), Defendant's will ensure that all of the

Plaintiff Fudges Legal Materials will also be transferred to (OSCI) although

the volume of those materials {SEE ATTACHED PAGE 4 OF 3:        CONTINUE TO pg 2 of 3

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I. STATE A COGNIZABLE CLAIM IN WHICH RELIEF MAY BE GRANTED BY COURT OF LAW

II. EXECUTION OF CRIMINAL OFFENSE UPON ALL OR/AND ANY FOUND VIOLATION OF THE LAW

III. TO BE DETERMINED BY THE COURT

10/19/2023                          James Charles Fudge 7994245
Date                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 20 2023 TRCI GRIEVANCE OFFICE | Returned For Correction NOV 06 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: 2 of 3 (3 page limit)                    Grievance # TRCT - 2023-10-011

                                                          Official Use Only          Resubmit

# GRIEVANCE FORM

Name: FUDGE        JAMES        C        7994245        #09/#07/ BRAVO
     Last         First        Initial      SID#         Cell/Block/Bunk #

Whom are you grieving: G. JONES; J. BREYMAN; J. BROWN; T. HANCOCK; R. Mc DONOUGH; JANE/JOHN DOE(S);

Please provide the date/time of incident giving rise to grievance: SEVERAL DATES & CONTINUING 2023/24-T<del>RCT-</del>2011

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

WHO: G. JONES; J. BREYMAN; J. BROWN; T. HANCOCK; R. Mc DONOUGH; JANE - JOHN DOE(S) ℅ of ODOC

WHAT: BREACH OF AGREED DECREE / SETTLEMENT CONTRACT & SEE ATTACHED PAGE 4 OF 3,

WHERE: OREGON DEPARTMENT OF CORRECTIONS OFFICE OF POPULATION MANAGEMENT / RISK MGNT.

WHEN: SEVERAL DATES AND CONTINUATION NOT LIMITED TO BUT ENCLUDING 10/19/2023

Why: For MALICIOUS AND SADISTICAL HARMS by CRUEL AND UNUSUAL PUNISHMENTS 8th AMEN

MR. GREG JONES AND JAMMIE BREYMAN of (ODOC) office of Population Management has by

SUPERIOR Abuse and Conspiracy IN MEETING OF MINDS VINDICTIVELY CONTACTED (TRCI)S STAFF

To FILE FALSE MISCONDUCT REPORTS / AS WELL CONDUCT HARRASSMENT SHAKE DOWN AND SEARCH

CONFISCATION OF LEGAL MATERIAL TO PROVOKE EXCESSIVE USE OF FORCE IN VIOLATION OF

§OAR 291-013, ALSO SEE GRIEVANCE No.# TRCI 2023-05-047 WHEREFORE MR. JONES ORDERS TO

HARM ME FALLS DOWN THE CHAIN OF COMMAND OF SECURITY JANE-JOHN DOE(S) TO HARM AND COM-

PILE UNTRUTHFUL REPORTS, MEMOS ONLY TO DECEIVE AND FORWARD FRAUD TIL IT BREACHES

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I. STATE A COGNIZABLE CLAIM IN WHICH RELIEF MAY BE GRANTED BY COURT OF LAW

II. EXECUTION OF CRIMINAL OFFENSE UPON ALL OR / AND ANY FOUND VIOLATION OF THE LAW

III. TO BE DETERMINED BY THE COURT                    CONTINUE To Pg 3 OF 3

10/19/2023                              James Charles Fudge  7994245
Date                                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 20 2023 TRCI GRIEVANCE OFFICE | Returned For Correction NOV 06 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)          CD 117 (11/2019)

Page: 3 of 3 (3 page limit)    Grievance # TRCI - 2023 - 10 - 091

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: FUDGE        JAMES        C        7994245        #09/07/BRAVO
Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: G. JONES ; J. BREYMAN; J. BROWN; T. HANCOCK; R. McDONOUGH ; JANE/JOHN DOE(s);

Please provide the date/time of incident giving rise to grievance: SEVERAL DATES & CONTINUING 2023/24-7.

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

WHO: G. JONES; J. BREYMAN; J. BROWN; T. HANCOCK; McDONOUGH; JANE-JOHN DOE(s) % OF ODOC.

WHAT: BREACH OF AGREED DECREE / SETTLEMENT CONTRACT & SEE ATTACHED PAGE 4 OF 3.

WHERE: OREGON DEPARTMENT OF CORRECTIONS OFFICE OF POPULATION MANAGEMENT / RISK MGNT,

WHEN: SEVERAL DATES AND CONTINUATION NOT LIMITED TO BUT ENCLUDING 10/19/2023

Why: FOR MALICIOUS AND SADISTICAL HARMS by CRUEL AND UNUSUAL PUNISHMENTS 8th AMEN

MATERIAL TERM OF THE AGREED DECREE OF TRANSFERR TO (OSCI), ON A BOGUS ALLEGED (AIC)

FUDGE'S BEHAVIOR BEING A THREAT TO THE SAFETY OR SECURITY OF (OSCI) TOTALLY UNSUPPORTED

BY A SHREDD OF EVIDENCE § SEE M. WASHINGTON'S E-MAIL RESPONSE DATED 09/05/2023

Page 7 OF 3 ENCLUDING THE 180 DAY, BREACH OF JULY 2023 TO DECEMBER 2023 DATED

09/14/2023 Page 6 OF 3: AS THE HEREIN NAMED DOC POSITION: GRIEVED TERM (B), Mass

IVE TRIAL TRANSCRIPT RECORDS HAS been HOTT-TRASH UNDER IPC/T. Hancock; ON 10/06/2023

R. McDONOUGH CONFISCATED MY PRISON LEGAL NEWS Magazine & Forever Envelope SEAL FLAPS

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I. STATE A COGNIZABLE CLAIM IN WHICH RELIEF MAY BE GRANTED BY COURT OF LAW

II. EXECUTION OF CRIMINAL OFFENSE UPON ALL OR /AND ANY FOUND VIOLATION OF LAW

III. TO BE DETERMINED BY THE COURT,

10/19/2023
Date

Signature    James Charles Fudge 7994245

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 20 2023 TRCi GRIEVANCE OFFICE | Returned For Correction NOV 06 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form) Canary (AIC receipt after processed)    CD 117 (11/2019)

**SHAKEDOWN REPORT**

Fudge, James    7444/245    7-09J3    11.3 23    6:20

AIC Name      Inst. #      Unit & Cell #      Date      Time (a.m./p.m.)

Item(s) Confiscated

- Clothing
- Personal Item(s)
- Commissary
- Magazine(s)
- Other: _____

Reason(s) for Confiscation

- Unauthorized Article(s)
- Excessive Amount
- Altered from Original State
- Article Belongs to Another
- Other: _____

Brief Description (If required): _Excessive amount of Toilet paper_

cc:  Original to Lieutenant's Office file
Copy to AIC
Copy to be attached to confiscated property

Staff Signature

CD 614 (4/2020)

---

**SHAKEDOWN REPORT**

Fudge, James    7994245    7-9B    11/22/2023    3:20

AIC Name      Inst. #      Unit & Cell #      Date      Time (a.m./p.m.)

Item(s) Confiscated

- Clothing
- Personal Item(s)
- Commissary
- Magazine(s)
- ✓ Other: _empty containers, unit trays paper bags, plastic bags, items from chow, adhesive strips_

Reason(s) for Confiscation

- Unauthorized Article(s)
- Excessive Amount
- Altered from Original State
- Article Belongs to Another
- Other: _____

Brief Description (If required): _____

cc:  Original to Lieutenant's Office file
Copy to AIC
Copy to be attached to confiscated property

B. _____ Staff Signature

CD 614 (4/2020)

**SHAKEDOWN REPORT**

| | | | | |
|---|---|---|---|---|
| Fudge, James | 799 4245 | C7—09B | 8/11/2023 | 6:25 p.m. |
| AIC Name | Inst. # | Unit & Cell # | Date | Time (a.m./p.m.) |

**Item(s) Confiscated**

- ✗ Clothing
- ___ Personal Item(s)
- ___ Commissary
- ___ Magazine(s)
- ___ Other: ___

**Reason(s) for Confiscation**

- ✗ Unauthorized Article(s)
- ___ Excessive Amount
- ___ Altered from Original State
- ___ Article Belongs to Another
- ___ Other: ___

Brief Description (If required): _Clean and inspection ready._

cc: Original to Lieutenant's Office file
Copy to AIC
Copy to be attached to confiscated property

Staff Signature: _C Johnston_

CD 614 (4/2020)

---

**SHAKEDOWN REPORT**

| | | | | |
|---|---|---|---|---|
| FUDGE, JAMES | 7994245 | 7-9B | 6OCT23 | 7:35 |
| AIC Name | Inst. # | Unit & Cell # | Date | Time (a.m./p.m.) |

**Item(s) Confiscated**

- ∅ Clothing
- ∅ Personal Item(s)
- ∅ Commissary
- ∅ Magazine(s)
- ∅ Other: ___

**Reason(s) for Confiscation**

- ✓ Unauthorized Article(s)
- ✓ Excessive Amount
- ✓ Altered from Original State
- ✓ Article Belongs to Another
- ∅ Other: ___

Brief Description (If required): UNSECURED MEDICATION, MULTIPLE PIECES FOOD CARDBOARD, 2 MAKE SHIFT PEN HOLDERS, MULTIPLE TREE JUICE PACKETS, 1 PRISON LEGAL NEWS MAGAZINE, 2 EXTRA TP, 1 EMPTY FLOSS STICK BAG, 1 EMPTY SARACHA BOTTLE, MULTIPLE SALT & PEPPER PACKETS, 1 EXTRA TOWEL, 2 PIECES LOOSE SHOE STRING, 4 ALTERED PENS, 2 JELLY PACKETS, 1 STUDY BIBLE SID CROSSED OUT,

cc: Original to Lieutenant's Office file
Copy to AIC
Copy to be attached to confiscated property

Staff Signature: _R___

2 STRIPS OF    1 EMPTY JERNEY BAG

CD 614 (4/2020)

## SHAKEDOWN REPORT

Fudge, James _____ 7994245 _____ 07-098 _____ 10-18-23 _____ 8:30 _____
AIC Name _____ Inst. # _____ Unit & Cell # _____ Date _____ Time (a.m./p.m.)

### Item(s) Confiscated

____ Clothing

____ Personal Item(s)

____ Commissary

____ Magazine(s)

____ Other: _____

_____

_____

_____

### Reason(s) for Confiscation

____ Unauthorized Article(s)

____ Excessive Amount

____ Altered from Original State

____ Article Belongs to Another

____ Other: _____

_____

_____

_____

Brief Description (If required): _____
_____ Nothing found _____
_____

cc: Original to Lieutenant's Office file
    Copy to AIC
    Copy to be attached to confiscated property

C/O Demos / C/o Nokca
Staff Signature

CD 614 (4/2020)